## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID AMBERGER, JAMES BARTON, ) | |
| BILL BISHOP, LARRY S. BROWN, ) | |
| BRENDA BURTON, BRUCE CLARRY, ) | |
| ARCHIE CORNELL, BARBARA CRABTREE, ) | |
| MARK DONOGHUE, ROBERT EDMONDS, ) | |
| ERNEST HARVEL, DENNIS LAMPERT, ) | |
| DOLLY MONTE, BERNARD REYNOLDS, ) | |
| TIM RUSSELL, MICHAEL VOSBEIN, ) | |
| LARRY WELLS, EDWARD WILLIAMS, ) | |
| CHARLES WRIGHT, NANCY ALLEN, ) | |
| JAMES BENNS, DAVID BURNAM, ) | |
| DEBORAH BUSH, CHARLES HALL, ) | |
| MICHAEL HARRIS, JOHN HOLLAND, ) | |
| DARRELL KASKIE, EARL KINLEY, ) | |
| WILLIAM LITTLE, LOY OWEN, ) | |
| ANTHONY RYAN PAYNE, SUSIE RIGSBY, ) | |
| CARL SISCO, WILLIAM SNEED, ) | |
| WILLIAM WATSON, SUE WEATHERLY ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 99-CV-4273-PMF |
| ) | |
| THE AMERICAN COAL COMPANY, a ) | |
| Delaware corporation qualified by the State ) | |
| of Illinois, d/b/a the Galatia Mine, and ) | |
| KERR-McGEE CORPORATION, a Delaware ) | |
| corporation, formerly qualified by the State of ) | |
| Illinois and formerly d/b/a the Galatia Mine, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter came before the Court on the parties' Stipulations for Dismissal filed September 24, 2004 and October 6, 2004.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** upon stipulation of the parties, the claims of plaintiffs David Amberger, James Barton, Bill Bishop, Larry S. Brown, Brenda Burton, Bruce Clarry, Archie Cornell, Barbara Crabtree, Mark Donoghue, Robert Edmonds, Ernest Harvel, Dennis

Lampert, Dolly Monte, Bernard Reynolds, Tim Russell, Michael Vosbein, Larry Wells, Edward Williams, Charles Wright, Nancy Allen, James Benns, David Burnam, Deborah Bush, Charles Hall, Michael Harris, John Holland, Darrell Kaskie, Earl Kinley, William Little, Loy Owen, Anthony Ryan Payne, Susie Rigsby, Carl Sisco, William Sneed, William Watson, Sue Weatherly is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to previous Order of the Court entered March 27, 2001, the claims of William Bish, Larry Carmon, Larry Thuilliez, David White and George Yarbrough are dismissed without prejudice.

**DATED: November 7, 2005.**       **NORBERT G. JAWORSKI, CLERK**

By: **s/Karen R. Metheney**
     **Deputy Clerk**

**Approved:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**